*IT IS SO ORDERED*
*Judge James Ware*
9/22/2009

M. Christine Davi, Assistant City Attorney, #178389
CITY OF MONTEREY
CITY HALL
Monterey, CA 93940
Telephone: (831) 646-3915
Facsimile: (831) 373-3915

Vincent P. Hurley #111215
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, California 95003
Telephone: (831) 661-4800
Facsimile: (831) 661-4804

Attorneys for Defendant
CITY OF MONTEREY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN McMAHON,<br><br>           Plaintiff,<br><br>     vs.<br><br>CITY OF MONTEREY; DOES 1 to 10,<br><br>           Defendants. | Case No. C 09-01230 JW<br><br>STIPULATION FOR DISMISSAL<br>WITH PREJUDICE |

In consideration of the filing of a satisfaction of judgment in Monterey County Superior Court Case M85941 and dismissal of all claims against Stephen McMahon by City of Monterey, Fred Meurer and Deborah Mall, and the terms additionally set forth in an agreement for

/ / /

/ / /

/ / /

1

Stipulation for Dismissal                                                                                           Case No. C 09-01230 JW

settlement and release, Plaintiff, STEPHEN MCMAHON and Defendant CITY OF MONTEREY hereby stipulate to dismissal with prejudice of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Date: September 4, 2009

                                              LACKIE, DAMMEIER & McGILL APC

                                              By:  /s/ Russell Perry
                                                         RUSSELL PERRY
                                            Attorneys for Plaintiff STEPHEN MCMAHON

Date: September 10, 2009

                                              LAW OFFICES OF VINCENT P. HURLEY
                                              A Professional Corporation

                                              By:  /s/ Vincent P. Hurley
                                                         VINCENT P. HURLEY
                                            Attorneys for Defendant, CITY OF MONTEREY